UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2691

LORI J. BAKER,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE BULK MAIL CENTER;
MARVIN T. RUNYON, JR., Postmaster General,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (CA-97-546-2)

Submitted:  April 15, 1999          Decided:  April 21, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lori J. Baker, Appellant Pro Se.  Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lori Baker appeals the district court's order granting summary judgment in favor of her former employer in her civil action in which she alleged discrimination based upon disability and related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Baker v. United States Postal Service, No. CA-97-546-2 (M.D.N.C. Oct. 6, 1998). We deny Appellee's motion to strike Appellant's exhibits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED